UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-bk-05570-CCJ
CHAPTER 7 CASE

IN RE:

ILIA A. SCHULZ
Debtor(s).
_____/

# MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE
# FINAL JUDGMENT OF FORECLOSURE OBTAINED

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, ReShaundra M. Suggs, Esq., P.O. Box 771270, Coral Springs, FL 33077, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns ("Movant"), by and through its undersigned counsel and hereby moves this Honorable Court for relief from the automatic stay on the following grounds:

1. The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 362(d), Fed. R. Bankr. P. 4001(a) and other provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and laws of the United States of America.

2. Movant is a secured creditor of the above styled Debtor(s) and brings this Motion pursuant to the provisions of Section 362(d) of the Bankruptcy Code.

3. On August 23, 2019, Ilia A. Shulz, (the "Debtor(s)") filed a voluntary petition pursuant to Chapter 7 of the United States Bankruptcy Code.

4. Movant filed a foreclosure complaint against the Debtor(s) on or about July 12, 2018 in the Circuit Court of the 9th Judicial Circuit of Orange County, Florida due to the Debtor(s) default under the terms of the note and mortgage securing Secured Creditor's interest in certain real property legally described as:

**LOT 37, BLOCK A, RESERVE AT BELMERE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 48, PAGE 23 THROUGH 31 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

**A/K/A: 1516 GLENWICK DR WINDERMERE, FL 34786**

5. A Final Judgment of Foreclosure ("Judgment") was entered against the Debtor on or about April 26, 2019, in the amount of $500,459.58. See copy of Final Judgment attached hereto as **Exhibit "A"**

6.  1. According to Debtor's Schedules, the estimated value of the subject property is $474,783.00. See copy of Schedule A attached hereto as **Exhibit "B"**

7. Accordingly, Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for relief from the automatic stay. Secured Creditor respectfully request that the Court grant it relief from the automatic stay in this case pursuant to 11 U.S.C. § 362(d)(1), for cause, namely lack of adequate protection.

8. Based on the foregoing, it is evident that the interests of Movant are not adequately protected, and therefore cause exists pursuant to 11 U.S.C. §362(d)(1) and §362(d)(2) for the automatic stay to be lifted.

9. Furthermore, Secured Creditor interest in the property is being significantly jeopardized by the Debtor's failure to satisfy the Judgment while Secured Creditor is prohibited from pursing lawful remedies to enforce such Judgment.

10. Secured Creditor requests, that fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so it can pursue its in rem remedies without further delay.

11. Secured Creditor has retained the undersigned law firm as a result of the Debtor filing this bankruptcy action and has incurred attorney fees and cost for the prosecution of this motion.

**WHEREFORE**, Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns, moves this Court to enter its order granting relief from stay to Movant and granting such other relief as to the Court may deem just and proper.

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone:    (954) 453-0365/1-800-441-2438
Facsimile:    (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: _/s/ReShaundra M. Suggs_____
ReShaundra M. Suggs, Esq.
Bar Number: 77094

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion For Relief From Stay was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this __16th__ day of __September__, 2019.

U.S. TRUSTEE
UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

EMERSON C NOBLE
POST OFFICE BOX 622798
OVIEDO, FL 32762-2798

ILIA A. SCHULZ
1516 GLENWICK DRIVE
WINDERMERE, FL 34786

ROBERT H PFLUEGER
ROBERT H PFLUEGER PA
377 MAITLAND AVENUE
SUITE 1002
ALTAMONTE SPRINGS, FL 32701


By: __/s/ReShaundra M. Suggs__
ReShaundra M. Suggs, Esq.

IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA
CIVIL DIVISION:
CASE NO.: 2018-CA-007475-O

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
        Plaintiff,

vs.

ILIA A. SCHULZ A/K/A ILIA SCHULZ;
CITIBANK, N.A.; THE RESERVE AT
BELMERE HOMEOWNERS ASSOCIATION,
INC.; UNKNOWN SPOUSE OF ILIA A. SCHULZ
A/K/A ILIA SCHULZ; UNKNOWN TENANT IN
POSSESSION OF THE SUBJECT PROPERTY,
        Defendants.

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was tried before the Court. On the evidence presented

IT IS ADJUDGED that:

1. Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION, 8950 Cypress Waters Blvd. Coppell TX 75019, is due:

| | | |
|---|---|---|
| Principal | $ | 455,791.68 |
| Interest from 9/1/2017 to 4/1/2019 | $ | 30,670.94 |
| Accrued Interest from 4/1/2019 to 4/26/2019 (per diem:$53.07) | $ | 1,379.82 |
| Escrow: | $ | 10,760.54 |
| Property Inspections | $ | 210.00 |
| Escrow/Suspense Credit | $ | -891.40 |
| Subtotal: | $ | $497,921.58 |
| Costs, now taxed: | | |
| Title Search & Review | $ | 150.00 |
| Clerk Filing Fee | $ | 1,968.00 |
| Service of Process | $ | 420.00 |
| Subtotal: | $ | $2,538.00 |
| Total: | $ | $500,459.58 |

that shall bear interest at the rate of 6.57% a year

2. Plaintiff holds a lien for the total sum superior to all claims or estate of the defendant(s), on the following described property in ORANGE County, Florida:

LOT 37, BLOCK A, RESERVE AT BELMERE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 48, PAGE 23 THROUGH 31 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA

EXHIBIT A

Property Address: 1516 GLENWICK DR WINDERMERE, FL 34786

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to this judgment, are not paid, the foreclosure sale is hereby scheduled to take place on-line on ___August 26, 2019___ at 11:00 AM at www.myorangeclerk.realforeclose.com. The ORANGE County Clerk of Court shall sell the property described to the highest bidder for cash after giving notice as required by section 45.031, Florida statutes.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If Plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs which includes any additional advances; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of tile shall be let into possession of the property.

7. Jurisdiction is retained to enter further orders as are proper including, but not limited to writs of possession, determination of amounts due pursuant to sections 718.116 and/or 720.3085, Florida Statutes, supplemental complaints, reforeclosure motions/complaints, attorneys' fees and costs, motions for additional advances, amendments to the final judgment and deficiency judgments except where a discharge is applicable or personal service not obtained.

8. If Plaintiff is the Purchaser at the sale, Plaintiff's bid is hereby assigned to FEDERAL NATIONAL MORTGAGE ASSOCIATION, and the Clerk of Court is hereby directed to issue a Certificate of Title to assignee named therein.

9. Upon issuance of the Certificate of Title, Plaintiff or the purchaser at the Foreclosure Sale shall be liable for association assessments pursuant to Florida Statutes 720.3085.

NOTICE PURSUANT TO SECTION 45.031, FLORIDA STATUTES.
   IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

   IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

   IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 425 N. Orange Avenue, Orlando, FL, 32801, , WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT FLORIDA RURAL LEGAL SERVICES, COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC. ORLANDO OFFICE 1036 WEST AMELIA STREET ORLANDO, FL 32805-1408 PHONE: (407) 841-7777, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

ORDERED at ORANGE County, Florida on _____

Original Signed
APR 26 2019
CHAD K. ALVARO
Circuit Judge

Copies sent to:
Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone:    (954) 453-0365
Facsimile:    (954) 771-6052
Toll Free:    1-800-441-2438

DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516
eservice@clegalgroup.com

## SERVICE LIST

Case No: 2018-CA-007475-O

ILIA A. SCHULZ A/K/A ILIA SCHULZ
1516 GLENWICK DR
WINDERMERE, FL 34786

CITIBANK, N.A.
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD 57104

CANDACE SOLIS, ESQ.
BECKER & POLIAKOFF, P.A.
ATTORNEY FOR THE RESERVE AT BELMERE HOMEOWNERS ASSOCIATION, INC.
111 N. ORANGE AVE, SUITE 1400
ORLANDO, FL 32801
COFOSERVICEMAIL@BECKERLAWYERS.COM

UNKNOWN SPOUSE OF ILIA A. SCHULZ A/K/A ILIA SCHULZ N/K/A ILIA SCHULZ
1516 GLENWICK DR
WINDERMERE, FL 34786

UNKNOWN TENANT
1516 GLENWICK DR
WINDERMERE, FL 34786

AFTER RECORDING RETURN TO
ATTN: POA
4000 Horizon Way
Irving, TX 75063

# LIMITED POWER OF ATTORNEY

Federal National Mortgage Association, a corporation organized and existing under the laws of the United States of America, having an office for the conduct of business at 13150 Worldgate Drive, Herndon, Virginia 20170, constitutes and appoints Nationstar Mortgage LLC d/b/a Mr. Cooper, a corporation organized and existing under the laws of the state of Texas, its true and lawful Attorney-in-Fact, and in its name, place, and stead and for its use and benefits, to execute, endorse, and acknowledge all documents customarily and reasonably necessary and appropriate for:

1. the release of a borrower from personal liability under the mortgage or deed of trust following an approved transfer of ownership of the security property;

2. the full satisfaction or release of a mortgage or the request to a trustee for a full reconveyance of a deed of trust;

3. the partial release or discharge of a mortgage or the request to a trustee for a partial reconveyance or discharge of a deed of trust;

4. the modification or extension of a mortgage or deed of trust;

5. the subordination of the lien of a mortgage or deed of trust;

6. the completion, termination, cancellation, or rescission of foreclosure relating to a mortgage or deed of trust, including (but not limited to) the following actions:

    a. the appointment of a successor or substitute trustee under a deed of trust, in accordance with state law and the deed of trust;
    b. the issuance of a statement of breach or nonperformance;
    c. the issuance or cancellation or rescission of notices of default;
    d. the cancellation or rescission of notices of sale; and
    e. the issuance of such other documents as may be necessary under the terms of the mortgage, deed of trust, or state law to expeditiously complete said transactions, including, but not limited to, assignments or endorsements of mortgages, deeds of trust, or promissory notes to convey title from Federal National Mortgage Association to the Attorney-in-Fact under this Limited Power of Attorney;

7. the conveyance of properties to the Federal Housing Administration (FHA), the Department of Housing and Urban Development (HUD), the Department of Veterans Affairs (VA), the Rural Housing Service (RHS), or a state or private mortgage insurer; and

8. the assignment or endorsement of mortgages, deeds of trust, or promissory notes to the Federal Housing Administration (FHA), the Department of Housing and Urban Development (HUD), the Department of Veterans Affairs (VA), the Rural Housing Service (RHS), a state or private mortgage insurer, or Mortgage Electronic Registration System (MERS™).

The undersigned gives to said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary, and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all said Attorney-in-Fact shall lawfully do or cause to be done by authority hereof.

Third parties without actual notice may rely upon the power granted under this Limited Power of Attorney upon the exercise of such power of the Attorney-in-Fact that all conditions precedent to such exercise of power has been satisfied and that this Limited Power of Attorney has not been revoked unless an instrument of revocation has been recorded.

IN WITNESS WHEREOF, I have hereunto set my hand this April 26, 2018.

Federal National Mortgage Association

By: _____
Shanicka Singleton - Asst. Vice President

Witness: _____
Elena Morais - Witness

By: _____
Mitchell Kucheruk - Asst. Secretary

Witness: _____
Christopher Matzke - Witness

STATE OF Virginia}
COUNTY OF Fairfax }

The foregoing instrument was acknowledged before me, a notary public commissioned in Fairfax County, Virginia this 26th day of April, 2018 by Shanicka Singleton, Assistant Vice President, and Mitchell Kucheruk, Assistant Secretary of Federal National Mortgage Association, a United States Corporation, on behalf of the corporation.

_____
Notary Public: Charles P Salvo
My Commission Expires: 03/31/2021

CHARLES P SALVO
Notary Public
Commonwealth of Virginia
7746799
My Commission Expires March 31, 2021

**Fill in this information to identify your case and this filing:**

Debtor 1  **Ilia A. Schulz**
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number  **6:19-bk-05570**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:　Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

   1.1  **1516 GLENWICK DRIVE**
   Street address, if available, or other description

   **WINDERMERE　FL　34786-0000**
   City　　State　　ZIP Code

   **Orange**
   County

   **What is the property?** Check all that apply
   ■ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**　**$474,783.00**
   **Current value of the portion you own?**　**$474,783.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Homestead Property**

   ☐ **Check if this is community property** (see instructions)

   Other information you wish to add about this item, such as local property identification number:
   **PLOT 37, BLOCK A, RESERVE AT BLEMERE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PB 48, PG 23-31 OF THE PUBLIC RECORDS OF ORANGE CO, FL**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**　**$474,783.00**

**Part 2:　Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

EXHIBIT B

Official Form 106A/B　　　　Schedule A/B: Property　　　　page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy