ORDERED.

Dated: **November 14, 2019**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                          Case Number **6:19-bk-05570-CCJ**
                                                                                                 Chapter 7

**Ilia A. Schulz**,
                            Debtor(s).
_____/

**AGREED ORDER GRANTING NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE OBTAINED AND CANCELLING HEARING ON DECEMBER 10, 2019**

THIS CASE came on for consideration upon Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from the Automatic Stay to Enforce Final Judgment of Foreclosure Obtained, dated September 16, 2019, (docket no. 11), and Trustee's Response to Bank of America, N.A.'s Motion for Relief from the Automatic Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from the Automatic Stay to Enforce Final Judgment of Foreclosure Obtained, dated October 21, 2019 (docket no. 16). Having reviewed the Motion, the Response, the file, and otherwise being advised of the matter,

Accordingly, it is

ORDERED :

1. The Motion is granted effective one hundred and eighty (180) days from the date of entry of this Order.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following real property :

**Lot 37, Block A, RESERVE AT BELMERE, according to the plat thereof as recorded in Plat Book 48, Pages 23 through 31, inclusive, of the Public Records of Orange County, Florida.**

**a/k/a 1516 Glenwick Dr., Windermere, FL 34786**
**Parcel ID No. 06-23-28-7326-01-370**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant, its successors and/or assigns to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant, its successors and/or assigns shall not obtain *in personam* relief against the debtor.

4. The effective date of the relief is one hundred and eighty (180) days from the signing of this Order.

5. The hearing scheduled for 1:45 p.m. on December 10, 2019 is hereby cancelled.

| | |
|---|---|
| */s/ Kristen L. Henkel* | */s/ ReShaundra M. Suggs* |
| Kristen L. Henkel, Esq. | ReShaundra M. Suggs, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 77094 |
| M. E. Henkel, P.A. | Choice Legal Group, P.A. |
| 3560 South Magnolia Avenue | P.O. Box 771270 |
| Orlando, Florida 32806 | Coral Springs, FL 33077 |
| Telephone : (407) 438-6738 | Telephone: (954) 453-0365 |
| Facsimile : (407) 858-9466 | Fax: (954) 771-6052 |
| khenkel@mehenkel.com | reshaundra.suggs@clegalgroup.com |

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties and file a proof of services within 3 days of entry of the Order.