ORDERED.

Dated:  December 06, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re :                                                                                                   Case Number **6:19-bk-05570-CCJ**
                                                                                                          Chapter 7

**Ilia A. Schulz**,

                               Debtor(s).
_____/

### ORDER AUTHORIZING RETENTION OF BK GLOBAL REAL ESTATE SERVICES AND JAY HECKENDORN-TELENDA AS LISTING AGENT

THIS CASE came on for consideration without hearing on the Trustee's (I) Application to Retain BK Global Real Estate Services to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, and (II) Application to Retain Jay Heckendorn-Telenda of EXP Realty, LLC as Listing Agent and to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, (docket no. 20) filed October 30, 2019. Based upon the facts set forth in the application and declarations by BK Global Real Estate Services and the Listing Agent, the Court concludes that BK Global Real Estate Services and the Listing Agent do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of § 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services and the Listing Agent are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

ORDERED the Application is granted and the Court approves the retention of BK Global Real Estate Services and Jay Heckendorn-Telenda of EXP Realty, LLC to sell real property located at 1516 Glenwick Drive, Windermere, FL 34786, Parcel ID No. 06-23-28-7326-01-370, more particularly described as:

**Lot 37, Block A, RESERVE AT BELMERE, according to the plat thereof as recorded in Plat Book 48, Pages 23 through 31, inclusive, of the Public Records of Orange County, Florida.**

BK Global Real Estate Services ("BKRES") and Listing Agent shall be compensated in accordance with the BKRES Declaration and Listing Agreement, respectively, and such compensation shall be subject to the provisions of § 330 of the Bankruptcy Code. Secured Creditor's proposed compensation of BKRES and Listing Agent shall be disclosed in any Motion for Order approving sale of Property. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent. BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering fees from Secured Creditor. The estate shall have no liability for any such claims. BKRES and Listing Agent shall not be awarded any compensation at an hourly rate. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate is not guaranteed and is subject to review.

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of services within 3 days of entry of the Order.